UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

United States of America

       Government(s)   ORDER OF CONTINUANCE

 -against-        Case Number:


       Defendant(s)
-------------------------------------------------X

Adjourned to_____ by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED:_____

               Paul E. Davison
               United States Magistrate Judge