UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                **3RD ORDER OF CONTINUANCE**

                    -against-                   22 Mag. 3949


EFRAIN FERNANDEZ,

                            Defendant.
-------------------------------------------------------------x


Adjourned to August 17, 2022 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.


Dated:  July 20, 2022
        White Plains, New York


                            **SO ORDERED:**

                            _____
                            ANDREW E. KRAUSE
                            United States Magistrate Judge